# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN KLAVAN, and LORI KLAVAN, Individually, and as husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 15-CV-1231-R ) |
| LM GENERAL INSURANCE COMPANY, a foreign Insurance Company, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Austin and Lori Klavan ("Plaintiffs"), by and through their counsel of record, Gary C. Bachman, Stephen D. Bachman, and Bryan G. Garrett, and Defendant LM General Insurance Company, by and through its counsel of record, William W. O'Connor, Keith A. Wilkes, and Margo E. Shipley of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Keith A. Wilkes, OBA No. 16750
Margo E. Shipley, OBA No. 32118
**NEWTON O'CONNOR TURNER & KETCHUM, P.C.**
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
kwilkes@newtonoconnor.com
mshipley@newtonoconnor.com
**ATTORNEYS FOR DEFENDANT,**
**LM GENERAL INSURANCE COMPANY**

-AND-

s/Gary C. Bachman*
Gary C. Bachman, OBA No. 400
Stephen D. Bachman, OBA No. 14030
Bryan G. Garrett, OBA No. 17866
**HOLLOWAY, DOBSON & BACHMAN, P.L.L.C.**
211 North Robinson, Suite 900
Oklahoma City, Oklahoma 73102
(405) 235-8593 telephone
(405) 235-1707 fax
gbachman@hollowaydobson.com
sbachman@hollowaydobson.com
bgarrett@hollowaydobson.com
**ATTORNEYS FOR PLAINTIFFS,**
**AUSTIN AND LORI KLAVAN**

*Signed by filing attorney with permission of Plaintiffs' attorney.*